AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:23-cr-27 (RDA) |
| ) | |
| Kyle Ramstetter ) | |
| *Defendant* ) | |

FILED IN OPEN COURT

MAR -8 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/8/23

*Defendant's signature*

*Signature of defendant's attorney*

Jamie Hubbard
*Printed name of defendant's attorney*

*Judge's signature*

ROSSIE D. ALSTON JR
*Judge's printed name and title*