IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:23-cr-27 (RDA) |
| | ) | |
| KYLE RAMSTETTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Defendant Kyle Ramstetter's ("Defendant") Consent Motion to Continue Sentencing ("Motion"). Dkt. 18. The Court finds that good cause exists to grant Defendant's Motion, and it is hereby ORDERED that Defendant's sentencing be continued from September 6, 2023 to March 13, 2024 at 11:00 a.m.

The clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
July 5, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge